ORDER:
Motion granted.
Hearing is RESCHEDULED
to June 11, 2014, at
10:30 A.M.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 3:13-00091-2
) JOHN BRYANT
) Magistrate Judge, U.S. District Court
JOHN FISHER )

### JOHN FISHER'S MOTION TO CONTINUE HEARING ON PETITION TO REVOKE PRETRIAL RELEASE

**COMES** now the accused, **JOHN FISHER**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and moves this Honorable Court to enter an order continuing the hearing on the Petition to Revoke Conditions of Pretrial Release (DE 57) scheduled for Wednesday, April 9, 2014, at 10:00 a.m. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. Counsel for Mr. Fisher is scheduled to undergo surgery on both feet on April 9, 2014. The need for surgery was not determined until Thursday, March 13, 2014. It has been estimated that counsel's recuperative period could be anywhere between six (6) to eight (8) weeks.

2. Counsel has conferred with Mr. Fisher regarding a continuance in this matter, and he concurs for the reasons stated.

3. Counsel for Mr. Fisher has conferred with Assistant United States Attorney, Scarlett Singleton Nokes, and she has granted counsel for Mr. Fisher the liberty of advising the Court that the government has no opposition to this request.

**WHEREFORE**, for the above and foregoing reasons, it is respectfully prayed that this Honorable Court enter an order continuing the hearing in this matter presently scheduled for Wednesday, April 9, 2014, to a date compatible with its calender, but not less than sixty (60) days from the present date, in the interest of justice.