# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:13-00091 (2) |
| | ) | |
| John Fisher | ) | |
| | ) | |

## ORDER SCHEDULING A BOND REVIEW HEARING

A bond review hearing in this case is scheduled as follows:

| Place: U.S. District Court 801 Broadway Nashville, TN 37203 | Courtroom No.: 776 |
|---|---|
| | Date and Time: June 24, 2014 at 1:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 19, 2014

s/ John S. Bryant

*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE

*Printed name and title*