UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00091 |
| | ) | JUDGE CAMPBELL |
| JOHN FISHER | ) | |

## ORDER

Pending before the Court is John Fisher's Motion to Reschedule the Pretrial Conference (Docket No. 70). The Motion is GRANTED.

The pretrial conference and/or change of plea hearing scheduled for July 21, 2014, is RESCHEDULED for July 31, 2014, at 2:00 p.m.

The trial remains scheduled for August 5, 2014, at 9:00 a.m. All other dates in Order (Docket No. 54) remain unchanged.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE