UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00091 |
| | ) | JUDGE CAMPBELL |
| JOHN FISHER | ) | |

## ORDER

Pending before the Court is the Defendant's *pro se* Motion For Preliminary Injunction Transfer To Grayson County (Docket No. 90), filed in this case and in the Defendant's civil case – Case No. 3:14-01795. On or before September 30, 2014, counsel for the Defendant and counsel for the Government shall each file a response to the Motion.

The Court has recused itself in the civil case to keep the criminal and civil cases separate. (Docket No. 15 in Case No. 3:14-01785).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE