UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00091 |
| | ) | JUDGE CAMPBELL |
| JOHN FISHER | ) | |

ORDER

The change of plea hearing currently scheduled for October 20, 2014, is CONTINUED to October 21, 2014, at 3:00 p.m. Any proposed plea agreement shall be submitted to the Court by October 17, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE